UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANTONIO GALLEGO SOTO,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02557-LK<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

This matter comes before the Court on Petitioner Miguel Antonio Gallego Soto's Petition for Writ of Habeas Corpus, Dkt. No. 1. The Court ORDERS the parties to file supplemental briefing as described below:

By September 8, 2026, Gallego Soto shall file a brief addressing:

(1) Whether he filed an administrative appeal of the IJ's denial of bond. If he filed an administrative appeal, he shall file a copy of the IJ's written decision and may submit up to six pages of argument regarding the constitutional sufficiency of the bond hearing based on the written decision of the IJ regarding the bond decision. If he did not file an administrative appeal, he may submit up to three pages of argument addressing whether that should affect the outcome in this case.

(2) Whether he appealed the IJ's removability ruling. If he did not appeal the removability ruling and now faces a final order of removal, he may submit up to three pages regarding whether this affects the relief requested in this case.

Respondents may file a response to Gallego Soto's supplemental briefing with the same page limits described above by September 15, 2026.

Dated this 25th day of August, 2026.

Lauren King
United States District Judge